# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| BRITTNEY D. HARRIS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 2:19-CV-33 ACL |
| ANGELA MESMER, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. She will be allowed twenty-one (21) days to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

Dated this 24th day of April, 2019.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE